IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-291-DCK

| | |
|---|---|
| PHILIP STULL, III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are ripe motions for summary judgment pending before the Court.

The undersigned finds that a hearing on the pending motions may assist the Court's prompt disposition of this case. As such, the undersigned directs counsel for each side to appear on **September 28, 2021**, prepared to discuss the status of this case and to argue the merits of the pending motions.

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff and Defendant shall appear before this Court at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, on **September 28, 2021** at 10:00 a.m. in Courtroom 1A.

**IT IS FURTHER ORDERED** that under these circumstances, the undersigned will continue the scheduled trial term. A trial in this matter, if necessary, will be held during the undersigned's civil term beginning **December 13, 2021**.

**SO ORDERED**.

Signed: July 29, 2021

David C. Keesler
United States Magistrate Judge