IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-291-DCK

| PHILIP STULL, III, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are ripe motions for summary judgment pending before the Court.

**IT IS, THEREFORE, ORDERED** that the hearing on the pending motions for summary judgment is hereby continued to **October 5, 2021** at 10:00 a.m. in Courtroom 1A. Counsel for Plaintiff and Defendant shall appear before this Court at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina prepared to discuss the status of this case and to argue the merits of the pending motions.

**SO ORDERED**.

Signed: September 24, 2021

David C. Keesler
United States Magistrate Judge