IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-291-DCK

| | |
|---|---|
| **PHILIP STULL III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **LIFE INSURANCE COMPANY OF** ) | |
| **NORTH AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 31) on December 9, 2021, informing the Court that the parties have reached a settlement and intend to file a Stipulation of Dismissal. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 10, 2022**.

**SO ORDERED**.

Signed: December 9, 2021

David C. Keesler
United States Magistrate Judge